UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY R. SMITH,

        Plaintiff,

v.                                        Case No. 1-11-cv-123

DEMMER CORPORATION,               HONORABLE PAUL L. MALONEY

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Demmer Corporation has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Demmer Corporation shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 8, 2011                                  /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge